# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAW OFFICES OF CORY J. HILTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KARL DINKEL, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-01151-JCM-NJK<br><br>Order |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant Principal Life Insurance Company's certificate of interested parties fails to identify any party or entity's citizenship attributed to it. *See* Docket No. 2.

Accordingly, Defendant Principal Life Insurance Company must file an amended certificate of interested parties by August 1, 2023, fully identifying the citizenship of any party or entity attributed to it.

IT IS SO ORDERED.

Dated: July 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1]　This federal rule became effective on December 1, 2022.

1