UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAW OFFICES OF CORY J. HILTON,<br><br>    Plaintiff,<br><br>v.<br><br>KARL DINKEL, et al.,<br><br>    Defendants. | Case No. 2:23-cv-01151-JCM-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant Karl Dinkel's certificate of interested parties fails to identify any party or entity's citizenship attributed to him. *See* Docket No. 12.

Accordingly, Defendant Karl Dinkel must file an amended certificate of interested parties by August 25, 2023, fully identifying the citizenship of any party or entity attributed to him.

IT IS SO ORDERED.

Dated: August 18, 2023

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1