# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAW OFFICES OF CORY J. HILTON,

    Plaintiff(s),

v.

KARL DINKEL, et al.,

    Defendant(s).

Case No. 2:23-cv-01151-JCM-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by September 20, 2023.

IT IS SO ORDERED.

Dated: September 13, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1